We agree with the court of appeals that appellant failed to state a claim of ineffective assistance of appellate counsel. The two-pronged analysis found in *Strickland v. Washington* (1984), 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674, is the appropriate standard to assess whether Jones has raised a "genuine issue" as to the ineffectiveness of appellate counsel in his request to reopen under App.R. 26(B)(5). See *State v. Spivey* (1998), 84 Ohio St.3d 24, 25, 701 N.E.2d 696, 697.

To justify reopening his appeal, Jones "bears the burden of establishing that there was a 'genuine issue' as to whether he has a 'colorable claim' of ineffective assistance of counsel on appeal." *Id.*

We have reviewed appellant's six propositions of law alleging deficient performance by appellate counsel. In none of the six instances has Jones raised "a genuine issue as to whether [he] was deprived of the effective assistance of counsel on appeal" before the court of appeals, as required under App.R. 26(B)(5).

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

---

*Michael K. Allen,* Hamilton County Prosecuting Attorney, and *Ronald W. Springman, Jr.,* Assistant Prosecuting Attorney, for appellee.

*David H. Bodiker,* Ohio Public Defender, *Gregory W. Meyers,* Senior Assistant Public Defender, and *Jennifer P. Hite,* Assistant Public Defender, for appellant.

THE STATE EX REL. U–BRAND CORPORATION, INC.,
APPELLANT, *v.* WOOD ET AL., APPELLEES.

[Cite as *State ex rel. U–Brand Corp., Inc. v. Wood* (2001), 91 Ohio St.3d 377.]

(No. 00–1136—Submitted February 27, 2001—Decided April 25, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

*Scott, Scriven & Wahoff, L.L.P., Timothy E. Cowans* and *Richard Goldberg,* for appellant.

*Stephen E. Mindzak; Donaldson Law Offices, L.P.A.,* and *John D. Donaldson,* for appellee Lloyd Wood.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

THE STATE EX REL. KING, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. King v. Indus. Comm.* (2001), 91 Ohio St.3d 378.]

(No. 00–1212—Submitted February 27, 2001—Decided April 25, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent and would reverse the judgment of the court of appeals.

DOUGLAS, J., dissents.